**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Sitwala, Rajiv P** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

1 5 – 0 7 2 4 3 2 1

**4. Debtor's address**

**Principal place of business**

**5641 Lincoln Ave**
Number      Street

**Cypress, CA 90630**
City                    State    ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

Number      Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Sitwala, Rajiv P**

Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor    **Sitwala, Rajiv P**
   Name

Case number *(if known)*

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____

           Number      Street

           _____

           City         State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

               Contact name _____

               Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000

☐ 100-199  ☐ 200-999  ☐ 10,001-25,000               ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000        ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

| Debtor | **Sitwala, Rajiv P** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

X _____          _____
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

X   /s/ Michael R. Totaro _____          Date **04/16/2025**
Signature of attorney for debtor          MM/ DD/ YYYY

**Michael R Totaro**
Printed name

**Totaro & Shanahan, LLP**
Firm name

**PO Box 789**
Number          Street

**Pacific Palisades**          **CA**          **90272**
City          State          ZIP Code

**(310) 804-2157**          Ocbkatty@aol.com
Contact phone          Email address

**102229**          **CA**
Bar number          State

B 201 - Notice of Available Chapters (Rev. 06/14)                                                USBC, Central District of California

Name:  Michael R Totaro

Address:  PO Box 789

Pacific Palisades, CA 90272

Telephone:  (310) 804-2157                          Fax:

☑ Attorney for Debtor
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Rajiv P Sitwala** | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 06/14)    USBC, Central District of California

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 06/14)

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**Non-Attorney Petition Preparer**

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: _____

_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Rajiv P Sitwala
_____
Printed Name(s) of Debtor(s)

Case No. (if known)  _____

_____
Signature of Debtor

**04/16/2025**
_____
Date

_____
Signature of Joint Debtor (if any)

_____
Date

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Cypress**_____ , California

                                                    _____
                                                    Rajiv P. Stitwala
                                                    Signature of Debtor 1

Date: **04/16/2025**_____

                                                    _____
                                                    Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name **Sitwala, Rajiv P**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service General Insolvency Operations Po Box 7346 Philadelphia, PA 19101-7346 | | | Disputed | | | $328,326.00 |
| 2 | Internal Revenue Service General Insolvency Operations Po Box 7346 Philadelphia, PA 19101-7346 | | | Disputed | | | $235,210.00 |
| 3 | State of California Franchise Tax Bd. Bankruptcy Dept P.O. Box 2952 Sacramento, CA 95812 | | | Disputed | | | $234,059.00 |
| 4 | Patterson Companies, Inc. 1031 Mendota Heights Rd Saint Paul, MN 55120-6200 | | | Disputed | | | $228,097.38 |
| 5 | Paul Cole 16610 Calneva Dr Encino, CA 91436-4130 | (818) 521-6568 | | Disputed | $200,000.00 | $3,502,200.00 | $200,000.00 |
| 6 | State of California Franchise Tax Bd. Bankruptcy Dept P.O. Box 2952 Sacramento, CA 95812 | | | Disputed | | | $190,269.00 |
| 7 | LA Tax Collector (Bradbury) 225 N Hill St Fl 1 Los Angeles, CA 90012-3253 | | | Disputed | | | $116,683.61 |
| 8 | Serv Bank Po Box 1298 South Windsor, CT 06074-7298 | (866) 867-0330 | | Disputed | $872,521.32 | $788,000.00 | $84,521.32 |

Debtor    **Sitwala, Rajiv P**

Name    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Kapitus 11150 Santa Monica Blvd Ste 1670 Los Angeles, CA 90025-3782 | (800) 780-7133 | | Disputed | | | $82,139.00 |
| 10 Mercedes Benz Financial 14372 Heritage Pkwy Fort Worth, TX 76177-3300 | | | Disputed | $105,520.00 | $40,550.00 | $64,970.00 |
| 11 BYZ Funder 530 7th Ave # M1 New York, NY 10018-4878 | (888) 476-8755 | | Disputed | | | $31,743.70 |
| 12 Estelle Trustee S&M Langholtz Trust 1931 New York Dr Altadena, CA 91001-3425 | | | Disputed | $191,500.00 | $4,402,200.00 | $31,685.05 |
| 13 American Express P.O. Box 981537 El Paso, TX 79998 | | | Disputed | | | $27,501.00 |
| 14 OC Tax Collector (Cypress) 500 S Main St Orange, CA 92868-4507 | (714) 834-2727 | | Disputed | $26,435.86 | $900,000.00 | $26,435.86 |
| 15 Nordstrom/TD Bank USA 13531 E Caley Ave Englewood, CO 80111-6504 | | | Disputed | | | $24,207.00 |
| 16 Kapitus 11150 Santa Monica Blvd Ste 1670 Los Angeles, CA 90025-3782 | (800) 780-7133 | | Disputed | | | $18,668.00 |
| 17 Community CB Lexus Visa Po Box 182120 Columbus, OH 43218-2120 | | | Disputed | | | $18,190.00 |
| 18 Citibank, NA P.O, Box 6241 Sioux Falls, SD 57117-6241 | | | Disputed | | | $17,805.00 |
| 19 Discover Bank Po Box 30939 Salt Lake Cty, UT 84130-0939 | | | Disputed | | | $15,984.00 |
| 20 Barclay's Bank Po Box 8803 Wilmington, DE 19899-8803 | | | Disputed | | | $15,740.00 |

Fill in this information to identify the case:

Debtor name _____**Sitwala, Rajiv P**_____

United States Bankruptcy Court for the:

_____**Central District of California**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*............................................................................    | **$7,740,200.00** |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..........................................................................    | **$265,564.00** |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*............................................................................    | **$8,005,764.00** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    | **$8,009,456.69** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    | **$987,864.00** |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+** | **$318,433.70** |

4. **Total liabilities**....................................................................................................    | **$9,315,754.39** |

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name  **Sitwala, Rajiv P**

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)　　　Type of account　　　Last 4 digits of account number

3.1. _____  _____  ____ ____ ____ ____    _____

3.2. _____  _____  ____ ____ ____ ____    _____

4.  **Other cash equivalents** *(Identify all)*

4.1 _____    _____

4.2 _____    _____

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  ┌─────────────┐ └─────────────┘

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____    _____

Debtor    **Sitwala, Rajiv P**
_____    Case number *(if known)* _____
Name

| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | _____ |

| **Part 3:** | Accounts receivable |

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |

**11.** **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =.....➜    | _____ |
face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ - _____ =.....➜    | _____ |
face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | _____ |

| **Part 4:** | Investments |

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| 15.1. | _____ | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ | _____ |

Debtor    __Sitwala, Rajiv P_____    Case number *(if known)* _____
           Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____    _____    _____

   16.2 _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Sitwala, Rajiv P**_____    Case number *(if known)*_____
Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor   **Sitwala, Rajiv P**
Name _____                    Case number *(if known)* _____

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                    _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Tesla S** | unknown | Kbb.com | $29,210.00 |
| 47.2 **2023 Cadillac Esclade** | unknown | Kbb.com | $71,204.00 |
| 47.3 **2022 Mercedes-Benz EQS 580** | unknown | Kbb.com | $40,550.00 |

Debtor    **Sitwala, Rajiv P**
          <sub>Name</sub>    Case number *(if known)*

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____

    48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**                                                    | $140,964.00 |

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Building / 5641 Lincoln Ave Cypress, CA 90630-3156** | Fee Simple | unknown | Loopnet | $900,000.00 |
| 55.2 **Commercial Building w Apartment / 4301 Florence Ave Bell, CA 90201-3525** | Fee Simple | unknown | Comps and Internet Sites | $750,000.00 |
| 55.3 **Single Family Home / 11 Carolina Cherry Dr Las Vegas, NV 89141-6093** | Fee Simple | unknown | zillow | $1,800,000.00 |
| 55.4 **Single Family Home / 27429 Matterhorn Dr Lk Arrowhead, CA 92352** | Fee Simple | unknown | zillow | $788,000.00 |

Debtor    **Sitwala, Rajiv P**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name
                                         Case number *(if known)* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

| | | | | |
|---|---|---|---|---|
| 55.5 **Single Family Home /** 201 Deodar Ln<br>**Bradbury, CA 91008-1012** | Fee Simple | unknown | Zillow | $3,502,200.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$7,740,200.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

Debtor   **Sitwala, Rajiv P** _____    Case number *(if known)* _____
          Name

---

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**

Description (include name of obligor)

_____    _____ – _____    =➔   _____
                                   Total face amount    doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.   **Interests in insurance policies or annuities**

_____                          _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          _____

**Nature of claim**        _____

**Amount requested**      _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          _____

**Nature of claim**        _____

**Amount requested**      _____

76.   **Trusts, equitable or future interests in property**

_____                          _____

---

Debtor    **Sitwala, Rajiv P** _____    Case number *(if known)* _____
Name

---

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    [_____]

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$140,964.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................. ➡ | | [**$7,740,200.00**] |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............91a. | [**$140,964.00**] + 91b. | [**$7,740,200.00**] |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................... | | [**$7,881,164.00**] |

---

| Fill in this information to identify the case: |
|---|

Debtor name   **Sitwala, Rajiv P**

United States Bankruptcy Court for the:   **Central**   District of   **California**
(State)

Case number (if known):

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1** **Creditor's name**

**Brian Trustee of I & F Langholz Trust**

**Creditor's mailing address**

**1931 New York Dr**

**Altadena, CA 91001-3425**

**Creditor's email address, if known**

**Date debt was incurred**   **2/8/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Commercial Building: 1) The Carrington Mortgage; **2) Brian Trustee of I & F Langholz Trust**; 3) Estelle Trustee S&M Langholtz Trust; 4) OC Tax Collector (Cypress); For Single Family Home: 1) Shellpoint; **2) Brian Trustee of I & F Langholz Trust**; 3) Estelle Trustee S&M Langholtz Trust; 4) Paul Cole

**Describe debtor's property that is subject to a lien**

Commercial Building, Single Family Home

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | | **$191,250.00** | **$4,402,200.00** |
|---|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$8,009,456.69**

Debtor   **Sitwala, Rajiv P**
_____   Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** **Creditor's name**

**California Federal Credit Union**

**Creditor's mailing address**

**701 N Brand Blvd**

**Glendale, CA 91203-1295**

**Creditor's email address, if known**

_____

**Date debt was incurred**          **2019**

**Last 4 digits of account**   **1  5  0  5**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Tesla S

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$39,360.00   $29,210.00

Debtor   **Sitwala, Rajiv P**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Citadal Servicing Corporation**

**Creditor's mailing address**

**3 Ada Ste 200a**

**Irvine, CA 92618-2322**

**Creditor's email address, if known**

_____

Date debt was incurred    **5/29/2025**

Last 4 digits of account    **4   1   9   1**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **1) Citadal Servicing Corporation**; 2) Clark Couty Tax Collector (LV)

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Single Family Home

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$1,278,000.00**

Column B: **$1,800,000.00**

Debtor    **Sitwala, Rajiv P**
    Name      Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Clark Couty Tax Collector (LV)**

**Creditor's mailing address**

**500 S Grand Central Pkwy**

**Las Vegas, NV 89155-4502**

**Creditor's email address, if known**

_____

Date debt was incurred    **2025**

Last 4 digits of account    **0 0 4 1**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

     ☑ Yes. The relative priority of creditors is specified on lines   **2.3**

**Describe debtor's property that is subject to a lien**

Single Family Home

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**unknown**      **$1,800,000.00**

Debtor    **Sitwala, Rajiv P**
　　　　　Name

Case number (if known)

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Estelle Trustee S&M Langholtz Trust**

**Creditor's mailing address**

**1931 New York Dr**

**Altadena, CA 91001-3425**

**Creditor's email address, if known**

**Date debt was incurred**　　**2/8/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Commercial Building, Single Family Home

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| $191,500.00 | $4,402,200.00 |

Debtor    **Sitwala, Rajiv P**
_____    Case number (if known) _____
    Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** Creditor's name

**Everbank**
_____

Creditor's mailing address

**301 W Bay St**
_____

**Jacksonville, FL 32202-5184**
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Imaging Equipment

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**

**unknown**

Debtor    **Sitwala, Rajiv P**
　　　　　Name　　　　　　　　　　　　　　　　　　　　　　Case number (if known)

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

　　**JPMC Auto**

**Creditor's mailing address**

　　**700 Kansas Ln Mail Code La**

　　**Monroe, LA 71203-4774**

**Creditor's email address, if known**

_____

**Date debt was incurred**　　**06/23/2023**

**Last 4 digits of account**　**3　1　7　4**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Cadillac Esclade    **$78,863.00**    **$71,204.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor **Sitwala, Rajiv P** _____   Case number (if known) _____
     Name

| Part 1: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8  Creditor's name**

LA Tax Collector (Bell)

**Describe debtor's property that is subject to a lien**

<u>Commercial Building w Apartment</u>

                                                        **$23,953.60**        **$750,000.00**

**Describe the lien**

**Creditor's mailing address**

500 W Temple St Ste 225

Los Angeles, CA 90012-2752

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    **2022-205**

**Last 4 digits of account number**    **5  0  0  4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

       1) Val Chris Investments, Iinc.;
       **2) LA Tax Collector (Bell)**

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Sitwala, Rajiv P**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9**    **Creditor's name**

**LA Tax Collector (Bradbury)**

**Creditor's mailing address**

**225 N Hill St Fl 1**

**Los Angeles, CA 90012-3253**

**Creditor's email address, if known**

_____

Date debt was incurred    **2022-2025**

Last 4 digits of account    **3  0  2  4**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$116,683.61**    **unknown**

Debtor    **Sitwala, Rajiv P**
_____
    Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**Mercedes Benz Financial**

**Creditor's mailing address**

**14372 Heritage Pkwy**

**Fort Worth, TX 76177-3300**

**Creditor's email address, if known**

_____

Date debt was incurred    **09/15/2022**

Last 4 digits of account number    **0  2  2  6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz EQS 580

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$105,520.00          $40,550.00

Debtor    **Sitwala, Rajiv P**
    Name                                   Case number (if known)

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

**OC Tax Collector (Cypress)**

**Creditor's mailing address**

**500 S Main St**

**Orange, CA 92868-4507**

**Creditor's email address, if known**

Date debt was incurred     **2020-2025**

**Last 4 digits of account**    **7 2 3 5**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines   **2.1**

**Describe debtor's property that is subject to a lien**

Commercial Building               **$26,435.86**      **$900,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **Sitwala, Rajiv P**
_____          Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

Patterson Companies, Inc.
_____

**Creditor's mailing address**

1031 Mendota Heights Rd
_____

Saint Paul, MN 55120-6200
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/21/2022

**Last 4 digits of account number**   3  6  2  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Robotic Implant Instrument

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$228,097.38    $0.00

Debtor    **Sitwala, Rajiv P**
_____    Case number (if known) _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.**

**2.13** **Creditor's name**

**Paul Cole**
_____

**Creditor's mailing address**

**16610 Calneva Dr**
_____

**Encino, CA 91436-4130**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**     04/29/2024

**Last 4 digits of account
number**

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☑ Yes. The relative priority of creditors
is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

Single Family Home

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| $200,000.00 | $3,502,200.00 |

Debtor  **Sitwala, Rajiv P**
     Name
Case number (if known)

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

**San Bern Tax Collector (Lake Arrowhead)**

**Creditor's mailing address**

**268 W Hospitality Ln Fl 1**

**Sn Bernrdno, CA 92408-3229**

**Creditor's email address, if known**

**Date debt was incurred**     2025

**Last 4 digits of account number**     0 0 0 0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    1) Serv Bank; **2) San Bern Tax Collector (Lake Arrowhead)**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Single Family Home

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | | $6,136.87 | $788,000.00 |
|---|---|---|---|

Debtor    **Sitwala, Rajiv P**
    Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.15** Creditor's name

**Serv Bank**

Creditor's mailing address

**Po Box 1298**

**South Windsor, CT 06074-7298**

Creditor's email address, if known

_____

Date debt was incurred    **2016**

Last 4 digits of account number    **9 9 3 9**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☑ Yes. The relative priority of creditors is specified on lines **2.14**

Describe debtor's property that is subject to a lien

Single Family Home

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$872,521.32**      **$788,000.00**

Debtor   **Sitwala, Rajiv P**
_____           Case number (if known) _____
         Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.16** **Creditor's name**

**Shellpoint**

**Creditor's mailing address**

**Po Box 619063**

**Dallas, TX 75261-9063**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2000**

**Last 4 digits of account number**    **6  8  5  3**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   **2.1**

**Describe debtor's property that is subject to a lien**

Single Family Home

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$3,305,835.46**

Column B: **$3,502,200.00**

---

Debtor  **Sitwala, Rajiv P**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.17 Creditor's name**

**The Carrington Mortgage**

**Creditor's mailing address**

**PO Box 1328**

**Eureka, CA 95502-1328**

**Creditor's email address, if known**

_____

Date debt was incurred        **8/4/2023**

Last 4 digits of account       **0  6  0  7**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
Commercial Building

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$745,299.59

$900,000.00

Debtor    **Sitwala, Rajiv P**
        Name                                          Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.18** Creditor's name

**Val Chris Investments, Iinc.**

Describe debtor's property that is subject to a lien
Commercial Building w Apartment                $600,000.00          $750,000.00

Creditor's mailing address

**2601 Main St Ste 400**

**Irvine, CA 92614-4213**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.8**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Fill in this information to identify the case:**

Debtor name _____ **Sitwala, Rajiv P** _____

United States Bankruptcy Court for the:

_____ **Central District of California** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

__**Internal Revenue Service**__

__**General Insolvency Operations**__

__**Po Box 7346**__

__**Philadelphia, PA 19101-7346**__

**Date or dates debt was incurred**

__**2022**__

**Last 4 digits of account**
number __4__ __3__ __2__ __1__

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$328,326.00**    Priority amount: **$328,326.00**

**2.2** **Priority creditor's name and mailing address**

__**Internal Revenue Service**__

__**General Insolvency Operations**__

__**Po Box 7346**__

__**Philadelphia, PA 19101-7346**__

**Date or dates debt was incurred**

__**2023**__

**Last 4 digits of account**
number __4__ __3__ __2__ __1__

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$235,210.00**    Priority amount: **$235,210.00**

| Debtor | **Sitwala, Rajiv P** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190,269.00 | $190,269.00 |
|---|---|---|---|---|

**State of California Franchise Tax Bd.**

**Bankruptcy Dept**

**P.O. Box 2952**

**Sacramento, CA 95812**

**Date or dates debt was incurred**

**2023**

**Last 4 digits of account**
number **4  3  2  1**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234,059.00 | $234,059.00 |
|---|---|---|---|---|

**State of California Franchise Tax Bd.**

**Bankruptcy Dept**

**P.O. Box 2952**

**Sacramento, CA 95812**

**Date or dates debt was incurred**

**2022**

**Last 4 digits of account**
number **4  3  2  1**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Totaro & Shanahan, LLP**

**PO Box 789**

**Pacific Palisades, CA 90272**

**Date or dates debt was incurred**

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

Remarks:
Hourly at $550.00 per hour after Court Approval

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Sitwala, Rajiv P** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**4.1** Nonpriority creditor's name and mailing address

**American Express**

P.O. Box 981537

El Paso, TX 79998

Date or dates debt was incurred     **2025**

Last 4 digits of account number     **8  5  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,833.00

---

**4.2** Nonpriority creditor's name and mailing address

**American Express**

P.O. Box 981537

El Paso, TX 79998

Date or dates debt was incurred     **2025**

Last 4 digits of account number     **7  4  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,501.00

---

**4.3** Nonpriority creditor's name and mailing address

**Bank of America**

Po Box 982238

El Paso, TX 79998-2238

Date or dates debt was incurred     **2025**

Last 4 digits of account number     **2  4  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,642.00

---

**4.4** Nonpriority creditor's name and mailing address

**Bank of America**

Po Box 982238

El Paso, TX 79998-2238

Date or dates debt was incurred     **2025**

Last 4 digits of account number     **5  0  7  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,905.00

Debtor    **Sitwala, Rajiv P**
      Name                                                                          Case number *(if known)*

| Part 2: | Additional Page |

---

**4.5**   Nonpriority creditor's name and mailing address

**Bank of America**

Po Box 982238

El Paso, TX 79998-2238

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **2  4  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,642.00

---

**4.6**   Nonpriority creditor's name and mailing address

**Barclay's Bank**

Po Box 8803

Wilmington, DE 19899-8803

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **9  3  6  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,740.00

---

**4.7**   Nonpriority creditor's name and mailing address

**BYZ Funder**

530 7th Ave # M1

New York, NY 10018-4878

Date or dates debt was incurred    **02/25/2025**

Last 4 digits of account number    **1  4  7  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$31,743.70

---

**4.8**   Nonpriority creditor's name and mailing address

**Citibank, NA**

P.O, Box 6241

Sioux Falls, SD 57117-6241

Date or dates debt was incurred    **2025**

Last 4 digits of account number    **1  8  7  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,805.00

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 4 of 7

Debtor    **Sitwala, Rajiv P**
_____    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**4.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,190.00
--- | --- | --- | ---

**Community CB Lexus Visa**

**Po Box 182120**

**Columbus, OH 43218-2120**

As of the petition filing date, the claim is: **$18,190.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **2025**

Last 4 digits of account number    **3  4  6  8**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.10** Nonpriority creditor's name and mailing address

**Discover Bank**

**Po Box 30939**

**Salt Lake Cty, UT 84130-0939**

As of the petition filing date, the claim is: **$2,759.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **2025**

Last 4 digits of account number    **1  1  0  0**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.11** Nonpriority creditor's name and mailing address

**Discover Bank**

**Po Box 30939**

**Salt Lake Cty, UT 84130-0939**

As of the petition filing date, the claim is: **$15,984.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **1  1  2  0**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.12** Nonpriority creditor's name and mailing address

**JPMCB Card**

**Po Box 15369**

**Wilmington, DE 19850-5369**

As of the petition filing date, the claim is: **$15,271.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **8  8  5  4**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 5 of 7

Debtor    **Sitwala, Rajiv P**                                                        Case number *(if known)* _____
         Name

## Part 2:  Additional Page

| 4.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,139.00 |

**Kapitus**

**11150 Santa Monica Blvd Ste 1670**

**Los Angeles, CA 90025-3782**

Date or dates debt was incurred    _____

Last 4 digits of account number    **8  0  3  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 4.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,668.00 |

**Kapitus**

**11150 Santa Monica Blvd Ste 1670**

**Los Angeles, CA 90025-3782**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **8  6  3  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 4.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,207.00 |

**Nordstrom/TD Bank USA**

**13531 E Caley Ave**

**Englewood, CO 80111-6504**

Date or dates debt was incurred    **2025**

Last 4 digits of account number    **6  6  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 4.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,404.00 |

**Sams Club**

**Po Box 71727**

**Philadelphia, PA 19176-1727**

Date or dates debt was incurred    **2025**

Last 4 digits of account number    **1  3  3  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Sitwala, Rajiv P**
       Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $987,864.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $318,433.70 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,306,297.70 |

Fill in this information to identify the case:

Debtor name _____ **Sitwala, Rajiv P** _____

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____ |

**Fill in this information to identify the case:**

Debtor name     **Sitwala, Rajiv P**

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California**
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

Official Form 206H

# Schedule H: Codebtors
                                                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.  Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

| Debtor | **Sitwala, Rajiv P** | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ | _____ | ❑ D  ❑ E/F  ❑ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ❑ D  ❑ E/F  ❑ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |

**Fill in this information to identify your case:**

| Debtor 1 | **Rajiv** | **P** | **Sitwala** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | | Number    Street | Number    Street |
| | | | |
| | | City        State      ZIP Code | City        State      ZIP Code |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | + |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | |

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here........................................................➔ | 4. | | $0.00 | _____ |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | _____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | _____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $0.00 | _____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | _____ |
| 5e. | **Insurance** | 5e. | $0.00 | _____ |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | _____ |
| 5g. | **Union dues** | 5g. | $0.00 | _____ |
| 5h. | **Other deductions.** Specify: _____ | 5h. + | $0.00 | + _____ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $133,725.53 | _____ |
| 8b. | **Interest and dividends** | 8b. | $0.00 | _____ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | _____ |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | _____ |
| 8e. | **Social Security** | 8e. | $3,610.40 | _____ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | _____ |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | _____ |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + _____ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $137,335.93 | _____ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $137,335.93 + _____ | = $137,335.93 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $0.00

---

Official Form 106I                         **Schedule I: Your Income**                         page 2

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. ☐ **$137,335.93**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income Cypress

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: **$35,000.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$380.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$5,100.00** |
| 4. | Payroll Taxes | **$390.15** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$1,500.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$9,159.63** |
| 11. | Utilities | **$1,060.00** |
| 12. | Office Expenses and Supplies | **$1,800.00** |
| 13. | Repairs and Maintenance | **$250.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$534.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$20,173.78** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$14,826.22** |

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | | Case number *(if known)* _____ |
|----------|-----------|-------|-------------|---|---|
| | First Name | Middle Name | Last Name | | |

8a. Attached Statement

## Business Income Bell

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$130,000.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$12,300.00** |
| 4. | Payroll Taxes | **$941.07** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$3,300.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$5,439.34** |
| 11. | Utilities | **$1,028.00** |
| 12. | Office Expenses and Supplies | **$1,500.00** |
| 13. | Repairs and Maintenance | **$450.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$525.00** |
| 18. | Insurance | **$1,084.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$26,567.41** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$103,432.59** |

Debtor 1    **Rajiv**          **P**          **Sitwala**          Case number *(if known)* _____

First Name          Middle Name          Last Name

8a. Attached Statement

## Rental Income

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | $20,000.00 |
| 2. | TOTAL EXPENSES | $11,002.00 |
| 3. | AVERAGE NET MONTHLY INCOME | $8,998.00 |

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a. Attached Statement

### Rental Income

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$15,000.00** |
| 2. | TOTAL EXPENSES | **$8,531.28** |
| 3. | AVERAGE NET MONTHLY INCOME | **$6,468.72** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Rajiv** | **P** | **Sitwala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No

☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$28,195.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$1,000.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$345.00** |

Debtor 1 __**Rajiv**_____ __**P**_____ __**Sitwala**_____        Case number *(if known)* _____
          First Name         Middle Name       Last Name

| | | **Your expenses** |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | **$5,187.50** |
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$790.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$1,920.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$660.00** |
| | 6d. Other. Specify: __**Trash**_____ | 6d. | **$0.00** |
| 7. | Food and housekeeping supplies | 7. | **$700.00** |
| 8. | Childcare and children's education costs | 8. | **$0.00** |
| 9. | Clothing, laundry, and dry cleaning | 9. | **$300.00** |
| 10. | Personal care products and services | 10. | **$100.00** |
| 11. | Medical and dental expenses | 11. | **$647.40** |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$700.00** |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | **$500.00** |
| 14. | Charitable contributions and religious donations | 14. | **$0.00** |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$0.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 __**2019 Tesla S**_____ | 17a. | **$897.00** |
| | 17b. Car payments for Vehicle 2 __**2023 Cadillac Esclade**_____ | 17b. | **$1,760.00** |
| | 17c. Other. Specify: __**Mercedes**_____ | 17c. | **$2,500.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | **$0.00** |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | **$0.00** |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* _____ |
|----------|-----------|-------|-------------|--------------|
| | First Name | Middle Name | Last Name | |

---

21. **Other.** Specify: <u>See Additional Page</u>                     21.   +    _____ **$66,275.41**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                        22a.   _____ **$112,477.31**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   _____ **$112,477.31**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.   _____ **$137,335.93**

    23b. Copy your monthly expenses from line 22c above.               23b.   −   _____ **$112,477.31**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*                           23c.   _____ **$24,858.62**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.   | Expect to reduce payment on some of the loans and eliminate other debt |

---

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Amount |
|---|---|---|
| 6a. **Electricity, heat, natural gas** | | |
| | Gas | $220.00 |
| | Electricity | $570.00 |
| 6b. **Water, sewer, garbage collection** | | |
| | Water | $1,700.00 |
| | Gas | $220.00 |
| 6c. **Telephone, cell phone, Internet, satellite, and cable services** | | |
| | Internet-Cable | $360.00 |
| | Cell | $300.00 |
| 21. **Other** | | |
| | Cypress Expenses | $20,173.78 |
| | Bell Expenses | $26,567.41 |
| | Arrowhead Expenses | $8,531.28 |
| | Las Vegas Expenses | $11,002.94 |

SITE OCCUPANCY EXPENSES

| EXPENSE | AMOUNT | |
|---|---|---|
| Gas | $120.00 | |
| Electric | $465.00 | |
| Trash | $75.00 | |
| Gardener | $100.00 | |
| Intenet-Phone | $300.00 | |
| Accounting | $180.00 | |
| Education | $200.00 | |
| Repair-Maintenance | $250.00 | |
| Dental Supplies | $1,800.00 | |
| Lab Work | $1,500.00 | |
| Ins: Liability | $350.00 | |
| Ins: Property | $50.00 | |
| Ins: Worker's Comp | $134.00 | |
| Angelica Salazar | $2,300.00 | |
| Kevin Sitwala | $2,800.00 | |
| Payroll Taxes | $175.95 | Angelica |
| | $214.20 | Kevin |
| Carrington | $5,468.75 | 745,299.59 @ 8% amorized over 30 due in 5 |
| Ike & Faye | $1,593.75 | |
| Sam & Mala | $1,593.75 | |
| Property Taxes | $503.38 | |
| | $20,173.78 | |

| EXPENSE | AMOUNT | |
|---|---|---|
| Gas | $65.00 | |
| Electric | $378.00 | |
| Trash | $125.00 | |
| Gardener | $100.00 | |
| Internet-Phone | $360.00 | |
| Accounting | $200.00 | |
| Education | $325.00 | |
| Repairs-Maintenance | $450.00 | |
| Dental Supplies | $3,300.00 | |
| Lab Work | $1,500.00 | |
| Ins: Liability | $850.00 | |
| Ins: Property | $100.00 | |
| Ins: Worker's Comp | $134.00 | |
| Irma Jaramillo | $3,600.00 | |
| Celia Abrego | $3,200.00 | |
| Angelica Salazar | $2,700.00 | |
| Kevin Sitwala | $2,800.00 | |
| Payroll Taxes | $275.42 | Irma |
| | $244.80 | Celia |
| | $206.65 | Angelica |
| | $214.20 | Kevin |
| Chris Val | $4,402.59 | 600,000 @ 8% Amoritzed over 30 but due in 5 |
| Property Taxes | $1,036.75 | |
| | $26,567.41 | |

| EXPENSE | AMOUNT |
|---|---|
| Electric | $100.00 |
| Trash | $100.00 |
| Water | $115.00 |
| Intenet-Phone | $126.00 |
| Accounting | $180.00 |
| Repair-Maintenance | $300.00 |
| Serv Bank | $7,098.88 |
| Property Taxes | $511.40 |
| | $8,531.28 |

| EXPENSE | AMOUNT | |
|---|---|---|
| Electric | $100.00 | |
| Trash | $100.00 | |
| Water | $115.00 | |
| Intenet-Phone | $126.00 | |
| Accounting | $180.00 | |
| Repair-Maintenance | $300.00 | |
| Citidal | $9,377.52 | Principle at 8% amortized over 30 due in 5 |
| Property Taxes | $704.42 | |
| Total | $11,002.94 | |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Rajiv** | **P** | **Sitwala** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td colspan="4">Explain the Sources of Your Income</td></tr>
</table>

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $329,412.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $1,275,679.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $9,000.00 | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>　　　　　　　　　　YYYY | Social Security | $36,000.00 | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>　　　　　　　　　　YYYY | Social Security | $36,000.00 | _____ | _____ |

Debtor 1      **Rajiv**            **P**                **Sitwala**                          Case number *(if known)* _____
               First Name        Middle Name          Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---------|---------------------------------------------------------------|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ <br> Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ <br> Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ <br> City        State    ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ <br> City        State    ZIP Code | | | | |

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City        State    ZIP Code | | | | |

---

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Republic Bank v. Sitwala** | **Collection** | **21 Judicial Circuit St Louis, MO** Court Name | ☑ Pending |
| | | **105 S Central Ave** Number    Street | ☐ On appeal |
| Case number **25SL CC0 1036** | | **Saint Louis, MO 63105-1704** City        State    ZIP Code | ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1 **Rajiv** **P** **Sitwala**

First Name Middle Name Last Name

Case number *(if known)* _____

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

Creditor's Name

Number Street

| Explain what happened |
|---|
| ❏ Property was repossessed. |
| ❏ Property was foreclosed. |
| ❏ Property was garnished. |
| ❏ Property was attached, seized, or levied. |

City State ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Creditor's Name

Number Street

City State ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

---

Debtor 1    **Rajiv**              **P**                    **Sitwala**                                    Case number *(if known)* _____

First Name              Middle Name              Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

_____

Person to Whom You Gave the Gift

_____

Number      Street

_____

City                    State    ZIP Code

Person's relationship to you _____

---

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |

_____

Charity's Name

_____

Number      Street

_____

City                    State    ZIP Code

---

**Part 6:**  List Certain Losses

---

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |
| | | | |

Debtor 1    **Rajiv**              **P**                    **Sitwala**                        Case number *(if known)* _____
              First Name            Middle Name              Last Name

| Part 7: | List Certain Payments or Transfers |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| **Totaro & Shanahan, LLP** <br> Person Who Was Paid <br><br> **Po Box 789** <br> Number   Street <br><br><br> **Pacific Plsds, CA 90272-0789** <br> City   State   ZIP Code <br> **www.totaroandshanahan.com** <br> Email or website address <br> **Sitwals** <br> Person Who Made the Payment, if Not You | **Fees and filing fee 1738.00** | **02/18/2025** | **$18,000.00** |

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| **Totaro & Shanahan, LLP** <br> Person Who Was Paid <br><br> **PO Box 789** <br> Number   Street <br><br><br> **Pacific Palisades, CA 90272** <br> City   State   ZIP Code <br> **Ocbkatty@aol.com** <br> Email or website address <br> **Debtor** <br> Person Who Made the Payment, if Not You | **Attorney's Fee** | **02/18/2025** | **$18,000.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| Person Who Was Paid <br><br> Number   Street <br><br><br> City   State   ZIP Code | | | |

| Debtor 1 | Rajiv | P | Sitwala | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

**Part 8:**   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Rajiv**          **P**               **Sitwala**                          Case number *(if known)* _____

First Name          Middle Name          Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Name of Financial Institution

**XXXX–** ___ ___ ___ ___

☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other _____

Number    Street

City          State    ZIP Code

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

Name of Financial Institution    Name          ☐ No
☐ Yes

Number    Street    Number    Street

City          State    ZIP Code

City          State    ZIP Code

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

Name of Storage Facility    Name          ☐ No
☐ Yes

Number    Street    Number    Street

City          State    ZIP Code

City          State    ZIP Code

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | | | _____ |
| Owner's Name | _____ | | |
| | Number    Street | | |
| _____ | | | |
| Number    Street | _____ | | |
| | | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**Part 10:**  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Rajiv**         **P**              **Sitwala**                                      Case number *(if known)* _____

First Name        Middle Name          Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** _____ | **Governmental unit** _____ | | _____ |
| **Number    Street** _____ | **Number    Street** _____ | | |
| _____ | **City        State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | **Court Name** _____ | | ☐ Pending |
| _____ | **Number    Street** _____ | | ☐ On appeal |
| **Case number** _____ | **City        State    ZIP Code** | | ☐ Concluded |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Dr. Sitwala Dentistry Cypress** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | **Health Care Business (as defined in 11 U.S.C § 101(27A))** | **EIN: _3_ _3_ – _0_ _1_ _0_ _6_ _4_ _3_ _4_** |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| **5641 Lincoln Ave** **Number    Street** | **Harshad Kothari, CPA, Inc.** | **From _1985_ To _Open_** |
| **Cypress, CA 90630-3156** **City        State    ZIP Code** | | |

Debtor 1    **Rajiv**          **P**              **Sitwala**
　　　　　　First Name          Middle Name          Last Name

Case number *(if known)* _____

| Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Dr. Sitwala Dentistry Bell** | **Health Care Business (as defined in 11 U.S.C § 101(27A))** | Do not include Social Security number or ITIN. |

**Name**

_____

**4301 Florence Ave**

**Number    Street**

**Bell, CA 90201-3525**

**City                    State    ZIP Code**

EIN:  9  5 – 4  5  9  5  8  6  7

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| **Harshad Kothari, CPA, Inc.** | From  **1996**      To **Open** |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|

_____    _____

**Name**                    **MM / DD / YYYY**

_____

**Number    Street**

_____

_____

**City                    State    ZIP Code**

| Debtor 1 | **Rajiv** | **P** | **Sitwala** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

Signature of Rajiv P. Stitwala, Debtor 1

Date  **04/16/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Rajiv** | **P** | **Sitwala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____

Rajiv P. Stitwala, Debtor 1

Date  **04/16/2025**
    MM/  DD/  YYYY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R Totaro<br>Bar Number: 102229<br>Totaro & Shanahan, LLP<br>PO Box 789<br>Pacific Palisades, CA 90272<br>Phone: (310) 804-2157<br>Email: Ocbkatty@aol.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Rajiv P Sitwala | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR**<br><br>**[11 U.S.C. § 329(a); FRBP 2016(b)]** |
| Debtor(s). | |

1.  This disclosure is made by the undersigned attorney as counsel for the Debtor:

    ☑ This disclosure is the undersigned's initial compensation disclosure in this case.

    ☐ This disclosure supplements a previously-filed compensation disclosure in this case.

2.  **Postpetition Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a) and FRBP 2016(b), I disclose that I am the attorney for the Debtor and that compensation was paid to me after the petition was filed, and/or was agreed postpetition to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with this case.:

    For legal services, I agreed postpetition to accept:

    ☑ hourly rate  $550.00    or    ☐ flat fee _____

    Amount I received postpetition, if any: _____0_____

    Balance Due ..................................................................................................................    **$0.00**

3.  **Date of Payment:** The postpetition compensation was paid to me, and/or the postpetition compensation agreement was entered into, on (*date*): _____.

4.  **Source of Postpetition Compensation.**

    a.  **Already Paid**. The source(s) of the compensation paid to me postpetition was:

        ☑ Debtor        ☐ Other (*specify*):

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

b. **To be Paid**. The source(s) of the compensation agreed postpetition to be paid to me is:

☑ Debtor          ☐ Other (*specify*):

5. **Sharing of Compensation.**

☑ I have not agreed to share the above-disclosed postpetition compensation with any other persons unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

☐ I have agreed to share the above-disclosed postpetition compensation with other persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). A copy of the agreement, together with a list of the names of the people sharing in the postpetition compensation, is attached.

6. ☐ **Chapter 7 Cases Only.** In chapter 7 bankruptcy cases, a limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. I have been retained by the Debtor for purposes of a limited appearance. In return for the compensation disclosed above, I have agreed to provide the following legal services:

a. ☐ Any proceeding related to stay motions under 11 U.S.C. § 362.

b. ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

c. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

d. ☐ Reaffirmation of a debt.

e. ☐ Any lien avoidance under 11 U.S.C. § 522(f).

f. ☐ Adversary proceedings (other than those brought under 11 U.S.C. §§ 523 and 727) and other contested bankruptcy matters.

g. ☐ Other provisions as needed (*specify*):

7. ☑ **Cases Other than Chapter 7**. In return for the above-disclosed fee, I have agreed to render legal services for the bankruptcy case, including:

a. ☑ Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

b. ☐ Other provisions as needed (*specify*):

8. ☐ **Excluded Services.** By agreement with the Debtor, the compensation disclosed above does not include fees to provide the following services (*specify*):

If litigation counsel is retained adversary proceedings and motions are excluded from this agreement except for minor review.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                    Page 2                    **F 2016-1.4.ATTY.COMP.DISCLSR**

## DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing, together with any prior compensation disclosures filed by the undersigned, constitutes a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case and all amounts received in respect of such representation.

Date: **04/16/2025**

By: /s/ Michael R. Totaro
*Signature of attorney for the Debtor*

Name: **Michael R Totaro**
*Printed name of attorney*

**Totaro & Shanahan, LLP**
*Printed name of law firm*

## DECLARATION OF THE DEBTOR

*(To be completed <u>only</u> if the attorney's representation is in chapter 7 and of limited scope.)*

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 6, and that I/we am representing myself/ourselves for any other proceedings, unless a new agreement is reached with an attorney.

*Date:* _____

*Date:* _____

Not Applicable

_____
*Signature of Debtor 1*

_____
*Signature of Debtor 2 (Joint Debtor)*

_____
*Printed name of Debtor 1*

_____
*Printed name of Debtor 2 (Joint Debtor)*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 3    **F 2016-1.4.ATTY.COMP.DISCLSR**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rajiv** | **P** | **Sitwala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Central District of California** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:** Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☑ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0.00 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 |

| Debtor 1 | Rajiv | P | Sitwala | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | |
| 8. **Unemployment compensation** | $0.00 | |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ...................................................↓

For you...................................................................................... **$0.00**

For your spouse...........................................................................

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $0.00 | |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any. + _____ + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $0.00 | + | | = | $0.00 |
|---|---|---|---|---|

**Total average monthly income**

---

**Part 2:** Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** _____

Signature of Debtor 1

Date **04/16/2025**
MM/ DD/ YYYY

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael R Totaro**<br>**Bar Number: 102229**<br>**Totaro & Shanahan, LLP**<br>**PO Box 789**<br>**Pacific Palisades, CA 90272**<br>**Phone: (310) 804-2157**<br>**Email: Ocbkatty@aol.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION

| In re:<br><br>**Rajiv P Sitwala** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____4____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date: _____**04/16/2025**_____ 

_____
Signature of Debtor 1


Date: _____ 

_____
Signature of Debtor 2 (joint debtor) (if applicable)


Date: _____**04/16/2025**_____ 

_____/s/ Michael R. Totaro_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

American Express
P.O. Box 981537
El Paso, TX 79998


Bank of America
Po Box 982238
El Paso, TX 79998-2238


Barclay's Bank
Po Box 8803
Wilmington, DE 19899-8803


Brian Trustee of I & F
Langholz Trust
1931 New York Dr
Altadena, CA 91001-3425


BYZ Funder
530 7th Ave # M1
New York, NY 10018-4878


California Federal Credit
Union
701 N Brand Blvd
Glendale, CA 91203-1295


Citadal Servicing Corporation
3 Ada Ste 200a
Irvine, CA 92618-2322


Citibank, NA
P.O, Box 6241
Sioux Falls, SD 57117-6241

Clark Couty Tax Collector (LV)
500 S Grand Central Pkwy
Las Vegas, NV 89155-4502

Community CB Lexus Visa
Po Box 182120
Columbus, OH 43218-2120

Discover Bank
Po Box 30939
Salt Lake Cty, UT 84130-0939

Estelle Trustee S&M Langholtz
Trust
1931 New York Dr
Altadena, CA 91001-3425

Everbank
301 W Bay St
Jacksonville, FL 32202-5184

Internal Revenue Service
General Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

JPMC Auto
700 Kansas Ln Mail Code La
Monroe, LA 71203-4774

JPMCB Card
Po Box 15369
Wilmington, DE 19850-5369

Kapitus
11150 Santa Monica Blvd Ste 1670
Los Angeles, CA 90025-3782


LA Tax Collector (Bell)
500 W Temple St Ste 225
Los Angeles, CA 90012-2752


LA Tax Collector (Bradbury)
225 N Hill St Fl 1
Los Angeles, CA 90012-3253


Mercedes Benz Financial
14372 Heritage Pkwy
Fort Worth, TX 76177-3300


Nordstrom/TD Bank USA
13531 E Caley Ave
Englewood, CO 80111-6504


OC Tax Collector (Cypress)
500 S Main St
Orange, CA 92868-4507


Patterson Companies, Inc.
1031 Mendota Heights Rd
Saint Paul, MN 55120-6200


Paul Cole
16610 Calneva Dr
Encino, CA 91436-4130

Sams Club
Po Box 71727
Philadelphia, PA 19176-1727

San Bern Tax Collector (Lake
Arrowhead)
268 W Hospitality Ln Fl 1
Sn Bernrdno, CA 92408-3229

Serv Bank
Po Box 1298
South Windsor, CT 06074-7298

Shellpoint
Po Box 619063
Dallas, TX 75261-9063

State of California Franchise
Tax Bd.
Bankruptcy Dept
P.O. Box 2952
Sacramento, CA 95812

The Carrington Mortgage
PO Box 1328
Eureka, CA 95502-1328

Totaro & Shanahan, LLP
PO Box 789
Pacific Palisades, CA 90272

Val Chris Investments, Iinc.
2601 Main St Ste 400
Irvine, CA 92614-4213

<table>
<tr><td>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known) _____

</td></tr>
</table>

## Official Form 121

## Statement About Your Social Security Numbers                    12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. **Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records.** Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

**Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Part 1:  Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

| | For Debtor 1: | For Debtor 2 (Only If Spouse Is Filing): |
|---|---|---|
| **1.  Your Name** | **Rajiv** <br> First Name <br> **P** <br> Middle Name <br> **Sitwala** <br> Last Name | First Name <br> Middle Name <br> Last Name |

### Part 2:  Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

| | | |
|---|---|---|
| **2.  All Social Security Numbers you have used** | __1__ __5__ __0__ – __7__ __2__ – __4__ __3__ __2__ __1__ <br><br> ___ ___ ___ – ___ ___ – ___ ___ ___ ___ <br> ☐ You do not have a Social Security number. | ___ ___ ___ – ___ ___ – ___ ___ ___ ___ <br><br> ___ ___ ___ – ___ ___ – ___ ___ ___ ___ <br> ☐ You do not have a Social Security number. |
| **3.  All federal Individual Taxpayer Identification Numbers (ITIN) you have used** | 9 ___ ___ – ___ ___ – ___ ___ ___ ___ <br><br> 9 ___ ___ – ___ ___ – ___ ___ ___ ___ <br> ☑ You do not have an ITIN. | 9 ___ ___ – ___ ___ – ___ ___ ___ ___ <br><br> 9 ___ ___ – ___ ___ – ___ ___ ___ ___ <br> ☐ You do not have an ITIN. |

### Part 3:  Sign Below

Under penalty of perjury, I declare that the information
I have provided in this form is true and correct.

**X** _____

Rajiv P. Stitwala, Debtor 1

Date **04/16/2025**
      MM/  DD/  YYYY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Totaro & Shanahan, LLP**<br>**Michael R Totaro**<br>**PO Box 789**<br>**Pacific Palisades, CA 90272**<br>**Phone: (310) 804-2157**<br>**Email: Ocbkatty@aol.com**<br>**Bar Number: 102229**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**Rajiv P Sitwala** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __04/16/2025__    Rajiv P. Stitwala

_____    _____
Printed name of Debtor 1                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

       **During the 60-day period before the Petition Date** (*Check only ONE box below*):

       ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

       ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*              Page 2             **F 1002-1.EMP.INCOME.DEC**